EDWARD F. DIXEY et al., appellants,

*v.*

ISAAC S. JENNINGS et al., respondents.

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *Jennings* v. *Dixey, 9 Stew. Eq. 490.*

*Mr. Peter L. Voorhees,* for appellants.

*Mr. Charles J. Parker* and *Mr. Barker Gummere,* for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the vice-chancellor

---

THE PROVIDENT INSTITUTION FOR SAVINGS, appellant,

*v.*

MARTIN B. ALLEN et al., respondents.

On appeal from a decree by the chancellor, whose opinion is reported in *The Provident Institution for Savings* v. *Allen, 10 Stew. Eq. 36.*

*Messrs. Bentley & Hartshorne,* for appellant.

*Mr. Leon Abbett,* for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.